| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA | |
| Case number (if known) _____ Chapter  11 | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  PICCARD PETS SUPPLIES, CORP

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  27-3858545

4. **Debtor's address**

   **Principal place of business**

   **5521 Blanding Blvd**

   **Jacksonville, FL 32244**
   Number, Street, City, State & ZIP Code

   **Duval**
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **PICCARD PETS SUPPLIES, CORP**_____  Case number (*if known*)_____
     Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☒ Chapter 11. *Check all that apply*: |
| | |   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |   ☐ A plan is being filed with this petition. |
| | |   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ☒ No. |
|---|---|---|
| | | ☐ Yes. |
| | | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☒ No |
|---|---|---|
| | | ☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor __PICCARD PETS SUPPLIES, CORP__  Case number (*if known*) _____
      Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

Where is the property? _____
      Number, Street, City, State & ZIP Code

Is the property insured?
- [ ] No
- [ ] Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- [ ] Funds will be available for distribution to unsecured creditors.
- [x] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [x] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor **PICCARD PETS SUPPLIES, CORP**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 27, 2023**
MM / DD / YYYY

X _____     *Marlon Martinez*
Signature of authorized representative of debtor     Printed name

Title   *CEO*

**18. Signature of attorney**

X _____     Date **January 27, 2023**
Signature of attorney for debtor     MM / DD / YYYY

**Thomas Adam**
Printed name

**Thomas Adam**
Firm name

**2258 Riverside Ave**
**Jacksonville, FL 32204**
Number, Street, City, State & ZIP Code

Contact phone _____     Email address **tadam@adamlawgroup.com**

**FL**
Bar number and State

## United States Bankruptcy Court
### Middle District of Florida

In re  **PICCARD PETS SUPPLIES, CORP**                    Case No. _____
                                        Debtor(s)        Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the ___ of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 27, 2023**           _____/s/_____  CEO _____
                                        Signer/Title

Amazon Lending
410 Terry Ave N.
Seattle, WA 98109

American Express Business Gold Rewards
P.O. Box 6031
Carol Stream, IL 60197

American Express Platinum Card
P.O. Box 6031
Carol Stream, IL 60197

American Express Simply Cash Business
P.O. Box 6031
Carol Stream, IL 60197

Ameris Bank
GGL Department
3490 Piedmont Rd. NE Ste. 750
Atlanta, GA 30305

Ameris Bank Business Card
Cardmember Service   P.O. Box 790408
Saint Louis, MO 63179

Amerisource Bergen
MWI Animal Health   P.O. Box 840537
Dallas, TX 75284

Brownstein Hyatt Faber Schreck LLP
410 Seventeenth Street Ste. 2200
Denver, CO 80202

Capital One Spark Business
P.O. Box 60519
City of Industry, CA 91716

Celtic Bank
268 S. State Street Ste. 300
Salt Lake City, UT 84111

Chase Ultimate Rewards
P.O. Box 15123
Wilmington, DE 19850

Cloudfund LLC
400 Rella Blvd. Ste. 165-101
Suffern, NY 10901

Davis Wright Tremaine LLP
920 Fifth Avenue Ste. 3300
Seattle, WA 98104

Divvy
13707 S. 200 West Ste. 100
Draper, UT 84020

Fox Capital Group Inc.
1920 E. Hallandale Beach Blvd. Ste. 503
Hallandale, FL 33009


Kong Company LLC
16191 Table Mountain Parkway
Golden, CO 80403


On Deck Capital
Client Services Center
4700 W. Daybreak Pkwy., Ste. 200
South Jordan, UT 84009


Sellers Funding Corp.
1290 Weston Rd. Ste. 306
Fort Lauderdale, FL 33326


US Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155


Vorys, Sater, Seymour and Pease LLP
301 E. 4th Street Ste. 3500
Cincinnati, OH 45202


White Road Capital LLC
d/b/a GFE Holdings
27-01 Queens Plaza North Ste. 802
Long Island City, NY 11101


Zachter PLLC
30 Wall Street 8th Floor
New York, NY 10005